

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00544-CV

**IN THE INTEREST OF L.J.R.**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01389
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Tex. R. App. P. 20.

SIGNED November 14, 2018.

_____
Irene Rios, Justice